IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **AXTS , INC.**, | ) | No. 3:18-cv-02103-JCH |
| | ) | |
| Plaintiff, | ) | NOTICE OF DISMISSAL WITH |
| | ) | PREJUDICE PURSUANT TO |
| vs. | ) | FED. R. CIV. P. 41(a)(1)(A)(i) |
| | ) | |
| **STAG ARMS, LLC,** and **WWCIP IV, LLC**, | ) ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff AXTS, Inc., by and through its counsel, dismisses this action with prejudice and without award of fees or costs to any party.

Dated this 21st day of February, 2019.

Respectfully submitted,

  /s/ Michael T. McCormack
Michael T. McCormack (ct13799)
O'SULLIVAN MCCORMACK JENSEN
 & BLISS PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109
Telephone:  860.258.1993
Facsimile:  860.258.1991
*mmccormack@omjblaw.com*

*PRO HAC VICE* PENDING
Peter E. Heuser, (OSB No. 811281)
Michael A. Cofield, (OSB No. 052204)
SCHWABE, WILLIAMSON & WYATT, PC
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900
*pheuser@schwabe.com*
*mcofield@schwabe.com*

*Of Attorneys for Plaintiff*

CERTIFICATION

      This is to certify that on February 21, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

    /s/ Michael T. McCormack
Michael T. McCormack (ct13799)
O'SULLIVAN MCCORMACK JENSEN
 & BLISS PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109
Telephone:  860.258.1993
Facsimile:  860.258.1991
*mmccormack@omjblaw.com*